**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

REAL ESTATE MORTGAGE NETWORK, INC.,

    Plaintiff,

v.                                Case No: 8:11-cv-474-T-30AEP

EOS LENDING SERVICES, LLC, THOMAS A. ROCHA and JOHN AND JANE DOES 1-50,

    Defendants.

ORDER

The Court has been advised via a Mediator's Report (Dkt. #69) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of June, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                            F:\Docs\2011\11-cv-474 dismiss 69.docx